# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PATRICIA MILLER,

      Plaintiff,

v.

BANK OF AMERICA CORPORATION,

      Defendant.

Case No. 16-cv-13843

Judge Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

| | |
|---|---|
| David M. Marco (6273315)<br>Attorneys for Plaintiff<br>Smithmarco, P.C.<br>55 West Monroe Street, Suite 1200<br>Chicago, IL  60603<br>(312) 546-6539<br>dmarco@smithmarco.com | Laura C. Baucus (P56932)<br>Samantha L. Walls (P75727)<br>Attorneys for Defendant<br>DYKEMA GOSSETT PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI  48304<br>(248) 203-0700<br>lbaucus@dykema.com<br>swalls@dykema.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Patricia Miller, and Defendant, Bank of America Corporation ("BAC"), by and through their counsel and pursuant to a settlement of the parties, hereby stipulate to dismiss the above captioned case with prejudice and without costs, and the Court being otherwise fully advised:

**IT IS ORDERED THAT** the above captioned case is dismissed with prejudice and without costs.

                                                    s/ Linda V. Parker
                                                    LINDA V. PARKER
                                                    U.S. DISTRICT JUDGE

Dated: November 2, 2017

Stipulated as to form and content:

| | |
|---|---|
| /s/ David M. Marco (w/consent) | /s/ Samantha L. Walls |
| David M. Marco (6273315) | Laura C. Baucus (P56932) |
| Attorneys for Plaintiff | Samantha L. Walls (P75727) |
| Smithmarco, P.C. | Dykema Gossett PLLC |
| 55 West Monroe Street, Suite 1200 | Attorneys for Defendant |
| Chicago, IL  60603 | 39577 Woodward Avenue, Suite 300 |
| (312) 546-6539 | Bloomfield Hills, MI 48304 |
| dmarco@smithmarco.com | (248) 203-0700 |

Dated:  November 1, 2017